**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6782

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEPHAN ANTONIO JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-cr-00334-BO-7)

Submitted:  October 13, 2022                    Decided:  October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stephan Antonio Johnson, Appellant Pro Se.  Sharon Coull Wilson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephan Antonio Johnson appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Johnson's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm the district court's judgment. *United States v. Johnson*, No. 5:20-cr-00334-BO-7 (E.D.N.C. May 18, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*